1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DEAVER, individually and on behalf of all others similarly situated and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>BBVA COMPASS CONSULTING AND BENEFITS, INC.; et al.,<br><br>Defendants. | Case No.: 13-cv-0222 JSC<br>13-cv-4598 JSC<br><br>**ORDER RE: SCHEDULING OF PENDING MOTIONS** |

The Court is in receipt of the Ninth Circuit's Order of Remand filed December 30, 2013, and the parties' submissions as to how the case should proceed (Dkt. Nos. 35, 36.) Upon issuance of the Ninth Circuit's mandate, the stay of Case No. 13-0222 (Dkt. No. 34) shall be lifted.  As agreed to by the parties, in Case No. 13-0222 ("the First Removed Action") Plaintiff shall file a supplemental pleading in support of her motion to remand no later than ten days after issuance of the Ninth Circuit's mandate.  Defendants' supplemental opposition shall be filed no later than fourteen days following the filing of Plaintiff's supplemental brief.  Plaintiff's supplemental reply, if any, shall be filed no later than seven

days after the filing of Defendant's opposition.  Each of these supplemental filings should not exceed 10 pages and should be focused on addressing any caselaw developed since the motion was originally filed as well as the application of the preponderance of the evidence standard to the record in this case.  No new evidence may be submitted.

Once the mandate issues, and the briefing schedule is set, the parties shall meet and confer and submit a stipulation for a hearing date on Plaintiff's Motion to Remand (Dkt. No. 20), Defendants' Motion to Change Venue (Dkt. No. 12) and Defendants' Motion to Dismiss (Dkt. No. 13).

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE