United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DEAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPASS BANK, et al.,<br><br>        Defendants. | Case No.  13-cv-00222-JSC<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. Nos. 75, 87 |

Plaintiff Cheryl Deaver and Defendants Compass Bank, Inc. ("Compass") and BBVA Compass Insurance Agency, Inc. ("BBVA") seek preliminary approval of a class action settlement in this pre-certification wage and hour action.  The Court heard oral argument regarding the motion for preliminary approval on June 4, 2015, and in response to questions raised by the Court, the parties submitted an Amended Stipulation Re: Class Action Settlement on July 13, 2015. (Dkt. No. 87.)  The Court has reviewed the amended stipulation and attached documentation including the claim form and notice, and requests additional briefing regarding two matters.

First, although Plaintiff withdrew her claim pursuant to the Private Attorneys General Act of 2004 ("PAGA") in her Revised Second Amended Complaint, the proposed settlement includes a release of all PAGA claims.  (Dkt. No. 61.)  Further, despite the release, no civil penalties are to be paid under the settlement in accordance with PAGA.  *See Iskanian v. CLS Transp. Los Angeles*, LLC, 59 Cal. 4th 348, 379-81 (2014) cert. denied, 135 S. Ct. 1155 (2015) (discussing civil penalties under PAGA); *Amaral v. Cintas Corp. No. 2*, 163 Cal. App. 4th 1157, 1213 (2008)(PAGA penalties are "mandatory, not discretionary").

Second, in *In re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988 (9th Cir. 2010), the Ninth Circuit held that the "plain text" of Rule 23(h) of the Federal Rules of Civil

United States District Court
Northern District of California

1    Procedure "requires that any class member be allowed an opportunity to object to the fee 'motion'

2    itself, not merely to the preliminary notice that such a motion will be filed." *Id.* at 993-94.  The

3    notice here only advises class members of their rights to object to the settlement itself.  (Dkt. No.

4    87-1 at 5.)   In accordance with *Mercury Interactive*, the notice must advise class members of their

5    right to object to the fee motion either in combination with a general objection to the settlement or

6    independently.  The parties must also include a schedule for filing the motion for attorneys' fees

7    and costs which ensures adequate time for class members to review the motion prior to the

8    deadline for submitting objections.  *See id.* at 993-94 ("The plain text of the rule requires a district

9    court to set the deadline for objections to counsel's fee request on a date *after* the motion and

10   documents supporting it have been filed."); *Bellinghausen v. Tractor Supply Co*., 303 F.R.D. 611,

11   622 (N.D. Cal. 2014)(amending the schedule to allow adequate time for class members to review

12   the motion and file an objection).

13         The parties shall submit a second amended stipulation or other joint filing which addresses

14   these issues by August 17, 2015.

15         **IT IS SO ORDERED.**

16   Dated:  July 27, 2015

17

18                                                        _____
                                                          JACQUELINE SCOTT CORLEY
19                                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28