UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DEAVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS BANK, et al.,<br><br>　　　　　　Defendants. | Case No. 13-cv-00222-JSC<br><br>**ORDER TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL**<br><br>Re: Dkt. No. 93 |

Plaintiff's Motion for Final Approval of the Class Action Settlement is set for argument December 10, 2015. (Dkt. No. 93.) As the claim period had not closed by the time Plaintiff filed the motion, the motion is missing certain information regarding claims administration including claims received, claim calculations, requests for exclusion or objection and other relevant data. Accordingly, Plaintiff shall file a supplemental declaration addressing these issues on or before December 7, 2015.

**IT IS SO ORDERED.**

Dated: December 3, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge